UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEE V. TOWLES, | Case No. 3:16-cv-00050-HDM-WGC |
| Petitioner, | ORDER |
| v. | |
| BACA, et al., | |
| Respondents. | |

Petitioner has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and a financial certificate (ECF Nos. 1-1, 1-3). He has not, however, submitted a completed application to proceed *in forma pauperis* or the required inmate account statements for the past sixth months. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2. Petitioner submitted both a "notice" and a "letter" to the Clerk indicating his belief that $14.88 was sent or transferred from his inmate account to the Clerk as the filing fee to initiate this action (ECF Nos. 3, 4). The Clerk's records do not reflect receipt of any funds from Towles. Accordingly, petitioner shall have thirty (30) days to submit either the $5.00 filing fee or a completed application to proceed *in forma pauperis*. Failure to do so may result in the dismissal of this action without prejudice.

**IT IS THEREFORE ORDERED** that within **thirty (30) days** of the date of this order petitioner shall submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice.

Dated: October 4, 2016.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

2