UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEE V. TOWLES,<br><br>                Petitioner,<br>   v.<br>BACA, et al.,<br><br>                Respondents. | Case No. 3:16-cv-00050-HDM-WGC<br><br>ORDER |

In its order dated November 29, 2016, this court directed that the filings at ECF Nos. 9 and 10—taken together—shall constitute petitioner Dee V. Towles' amended habeas petition (ECF No. 13). The court now clarifies that the briefing deadlines set forth in the scheduling order at ECF No. 8 remain in effect, with the exception that respondents' response to the petition is due on or before ninety days from November 29, 2016.

**IT IS SO ORDERED.**

DATED: January 26, 2017.

_Howard D. McKibben_
HOWARD D. MCKIBBEN
SENIOR U.S. DISTRICT JUDGE

1