UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEE V. TOWLES, | Case No. 3:16-cv-00050-HDM-WGC |
| Petitioner, | ORDER |
| v. | |
| BACA, et al., | |
| Respondents. | |

This habeas matter is before the court on respondents' motions to extend time to file an answer to the petition. Petitioner Dee V. Towles objected to the extensions of time, and in response, filed a motion to deny an extension and a motion to grant petitioner's claims in full. However, the court concludes that good cause exists to grant the motions for extensions of time.

**IT IS THEREFORE ORDERED** that respondents' second and third motions to extend time to file an answer (ECF Nos. 27 and 30) are both **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's motion to deny enlargement of time (ECF No. 28) and motion to grant petitioner's claims in full (ECF No. 32) are both **DENIED**.

DATED: March 14, 2018.

*[signature]*

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

1