# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| DEE V. TOWLES, <br><br> Petitioner, <br> v. <br> BACA, et al., <br><br> Respondents. | Case No. 3:16-cv-00050-HDM-WGC <br><br> ORDER |

This habeas matter is before the court on *pro se* petitioner Dee V. Towles' motion for speedy trial/blank legal documents (docketed as ECF Nos. 39 and 40). Towles appears to once again mainly object to motions of extension of time that this court has previously granted in this case. Towles motions are denied. Towles has filed his reply to respondents' answer to the petition; thus the petition has been fully briefed.

**IT IS THEREFORE ORDERED** that petitioner's motions for blank legal documents/speedy trial (ECF Nos. 39, 40) are both **DENIED**.

DATED: June 19, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

1